1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

**(HON. JEFFREY T. MILLER)**

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No.09CR01597-JM |
| 12           Plaintiff, | ) ) | **ORDER TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| 13  v. | ) ) | |
| 14  WILSON et al, | ) ) | |
| 15 | ) ) | Current Date:     December 18, 2009 New Date:          January 29, 2010 |
| 16           Defendant. | ) ) | Time:                  9:00 a.m. |

17          Based upon the stipulation between the parties, and good cause appearing, IT IS

18  HEREBY ORDERED that the sentencing hearing for defendants DENNIS SCOTT

19  WILSON, and BRAD SCOTT WILSON is hereby continued to ***January 29, 2010, at***

20  ***9:00 a.m.***  An acknowledgment of the next court date shall be filed with the court by defense

21  counsel with clients on bond no later than December 14, 2009.

22  DATED:  December 15, 2009

23
24
Hon. Jeffrey T. Miller
United States District Judge

25
26
27
28